**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL KINCHEN, an individual, | Case No.: 2:25-cv-00761-ART-MDC |
| Plaintiff,<br>vs. | **ORDER GRANTING** |
| TRYKE COMPANIES, LLC; TRYKE COMPANIES SO NV, LLC; CURALEAF, INC.; CURALEAF PROCESSING, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive, | **STIPULATION FOR DISMISSAL OF CASE, WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Michael Kinchen ("Plaintiff") and Defendants Tryke Companies, LLC, Tryke Companies SO NV, LLC, Curaleaf, Inc., and Curaleaf Processing, Inc. ("Defendants"), by and through their respective undersigned counsel, that all claims Plaintiff had or may have had against Defendants, that are contained in, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

/ / /

/ / /

/ / /

- 1 -

Each party to bear its own attorneys' fees, costs and expenses.

DATED this 26th day of January, 2026.

GABROY/MESSER

/s/ *Kaine Messer*

Christian Gabroy
Nevada Bar No. 8805
Kaine Messer
Nevada Bar No. 14240
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012

*Attorneys for Plaintiff*

DATED this 26th day of January, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Courtney K. Lee*

Suzanne L. Martin
Nevada Bar No. 8833
Courtney K. Lee
Nevada Bar No. 8154
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135

*Attorneys for Defendants Tryke Companies, LLC, Tryke Companies SO NV, LLC, Curaleaf, Inc., Curaleaf Processing, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: January 26, 2026

- 2 -